# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C - ADR Pilot**
**Filed: December 1, 2004**
**cc: Judge Firestone**

## O R D E R

As agreed to by the parties, a second ADR status conference was held in the above captioned cases on November 29, 2004. At that conference, the parties indicated that the above cases were suitable to initiate ADR proceedings in this class of cases. At this time, over 50 cases raising similar issues have been filed in this court, a few from 1996 to 2003, and the remainder in 2004. Counsel for the private parties and for the government are the same in all the cases. Therefore, the parties and the undersigned ADR judge established a schedule to initiate ADR proceedings in the above captioned cases.

To ensure proper tracking of the cases, the plaintiffs shall file with the ADR judge an updated, complete Joint List of Similar Cases to indicate all the involved cases. The updated list shall be in the same format as the list previously filed with the court.

During the November 29, 2004, status conference, both parties agreed to informal discovery as a first step in the ADR process. Therefore, the plaintiffs shall provide the defendant with initial ADR discovery disclosures on or before **Tuesday, January 4, 2005**.

If the defendant requires any initial discovery disclosures, the plaintiffs shall provide the defendant with their initial disclosures on or before **Friday, January 21, 2005.** The parties also shall file an ADR status report on or before **Tuesday, January 25, 2005** with the undersigned ADR judge. The parties' status report shall address the discovery conducted and the efforts made by the parties toward full or partial resolution of the above captioned cases.

In addition, the defendant shall inform the plaintiff and the ADR judge **within 10 days** after a decision has been made as to whether the recent decision issued by Judge Allegra in Franconia Associates et. al v. United States, Case No. 97-381, will be appealed by the defendant.

Finally, as agreed to by the parties, the parties shall appear at a status conference on **Thursday, January 27, 2005 at 2:30 pm EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (612) 305-4440 and defendant's counsel at (202) 305-7561.

The undersigned remains available to assist the parties at any time and looks forward to an appropriate, cost-effective, and expeditious resolution of the above-captioned cases, as well as, the opportunity for resolution of these cases to serve as a model for resolving similar cases filed in the court. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**