# In the United States Court of Federal Claims

**No. 04-1302C**
**(Filed: January 13, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **DIAMOND SPRINGS** | * |
| **INVESTMENT GROUP (II),** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Parties' joint motion, filed January 10, 2005, for a stay of proceedings in order for the parties to proceed with the Court's ADR pilot program is **GRANTED**. Accordingly, the above-captioned case is **STAYED** for 90 days. The parties shall file a joint status report by **Thursday, April 14, 2005** detailing the status of their discussions and whether they wish to continue with ADR.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn