**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIAMOND SPRINGS INVESTMENT GROUP (II), A CALIFORNIA LIMITED PARTNERSHIP, | ) | |
| | ) | No. 04-1302C |
| v. | ) | |
| | ) | (Judge Nancy Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 19, 2005, the parties respectfully submit this Joint Status Report to inform the Court of the status of their ongoing efforts to resolve this and several closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

The parties continue to make good progress in their efforts pursuant to the ADR process. Since the filing of the parties' last joint status report on April 14, 2005, the parties have exchanged various information supporting their respective views as to the proper assumptions to be made in calculating damages for the properties at issue. On April 26, 2005, defendant provided plaintiffs with a further response to plaintiffs' preliminary damages analyses, and plaintiffs replied thereto on May 12, 2005. Thereafter, the parties engaged in settlement discussions pertaining not only to this case and the other seven cases that have been designated for ADR, but also to issues common to numerous related cases filed with the Court from August 2004 through November 2004 that are currently stayed pending the results of the ADR process. These discussions included a meeting on May 24, 2005 among counsel and experts retained by the parties, followed by a meeting of counsel for the parties with Judge Horn, the ADR Judge. As a result of these meetings, the parties are currently in the process of exchanging additional documents supporting their positions and are further discussing various elements of the damage calculation process.

The parties continue to hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiffs*

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*

Dated: July 14, 2005

**Filed Electronically with the consent of Attorneys for Plaintiff**