# In the United States Court of Federal Claims

**No. 04-1302C**
**(Filed: July 20, 2005)**

*** * * * * * * * * * * * * * * * ***

**DIAMOND SPRINGS INVESTMENT GROUP (II),** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

*** * * * * * * * * * * * * * * * ***

## ORDER

The court is in receipt of the parties' joint status report, filed July 14, 2005, in which they request a continuation of the stay of proceedings in order to continue with the Court's ADR pilot program. The above-captioned case is **STAYED** for 90 days. The parties shall file a joint status report by **Friday, October 14, 2005** detailing the status of their discussions and whether they wish to continue with ADR.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn