IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GRASS VALLEY INVESTMENT GROUP I,<br>Plaintiff,<br><br>DIAMOND SPRINGS INVESTMENT GROUP II,<br>Plaintiff,<br><br>WEAVERVILLE INVESTMENT GROUP I,<br>Plaintiff,<br><br>HOLLISTER INVESTMENT GROUP II,<br>Plaintiff,<br><br>RAMONA INVESTMENT GROUP II,<br>Plaintiff,<br><br>PIXLEY INVESTMENT GROUP,<br>Plaintiff,<br><br>BRAWLEY I INVESTMENT GROUP,<br>Plaintiff,<br><br>BRAWLEY II INVESTMENT GROUP,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C<br>ADR Pilot Program<br>(Judge Marian Blank Horn) |

DEFENDANT'S STATUS REPORT
CONCERNING THE PROGRESS OF SETTLEMENT EFFORTS

Pursuant to the Court's order dated January 11, 2007, defendant respectfully submits the following status report concerning the status of the Government's review of plaintiffs' settlement offer.

Plaintiff's settlement offer is being given serious consideration. In late January 2007, there was a high-level inter-agency meeting concerning the proposed settlement, and there may be another. We anticipate that it may take as long as 60 days for the deciding officials to be in a position to make a final decision whether to approve the proposed settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**

February 1, 2007