# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**

**Filed: November 16, 2007**

## O R D E R

As previously discussed with the parties, an ADR telephone conference is **SCHEDULED** for **Tuesday, November 27, 2007, at 12:30 p.m. EST**. Unless otherwise informed, the court will contact Mr. Eckland and Mr. Blando at (612) 236-0169, Mr. Roberts at (612) 766-7816; and Mr. Brilliant, at (202) 616-8275.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**