# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**

**Filed: April 11, 2008**

## O R D E R

Plaintiffs have requested a status conference in the above-captioned cases. As agreed to by the parties, the court **SCHEDULES** a status conference for **Friday, May 16, 2008, 10:30 a.m. DST**. The parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Eckland and Mr. Blando at (612) 236-0169, Mr. Roberts and Mr.

Snider at (612) 766-7816; and Mr. Brilliant and Mr. Kessler at (202) 616-8275. If there are any changes to these telephone numbers, or additional numbers, please so advise chambers at (202) 357-6580.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**