**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase

of the settlement process. As also reported to the Court, the parties have agreed to defer the remaining payment dates set forth in the Agreement and expect to substantially complete the settlement process by October 31, 2008.

Toward that end, the Cushman & Wakefield firm has essentially completed the process of preparing a Market Rent Study as required by the Agreement for each of the properties in the settlement. The parties continue to review the studies for accuracy on a rolling basis, and have held regular conferences with Cushman & Wakefield representatives on various issues throughout the settlement implementation process. The parties are also making good progress in calculating damages for each property and complying with the other prerequisites set forth in the agreement for final payment on each claim. As part of that effort, the parties are in the process of exchanging information necessary for the computation of damages for individual properties. As a result, the parties have reached agreement on the market rents for and damages start dates for the great majority of the properties in the settlement, and have further agreed on final damages amounts for a growing number of properties.

Finally, the parties have significantly increased their efforts on all aspects of the settlement process as they work toward the October 31, 2008 deadline described above. The parties continue to confer with one another on a frequent basis to address various issues related to the implementation process as they arise, and held further face-to-face meetings in Washington, D.C. during the weeks of August 11, 2008 and September 8, 2008. The parties have also scheduled additional meetings for the week of September 29, 2008, and expect to continue to meet on a regular basis as October 31, 2008 approaches. Through these conferences, the parties have addressed numerous issues concerning the settlement process, including the

determination of final damages amounts for numerous properties and procedures for the final payment and dismissal of claims for each plaintiff in the settlement.

In sum, good progress has been made to date. The parties look forward to further discussing the progress of the settlement process with the Court during the next ADR conference to be scheduled.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: September 12, 2008

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*